IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAAL A. MCNEIL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV143 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, et al., | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Quash Filing No. 36 and Plaintiff's Motion for Copy of the Docket Sheet. (Filing No. 49.) In his Motion, Plaintiff asks the court to quash filing no. 36, Plaintiff's Motion to Extend the Time to Pay Filing Fee. The court has already ruled on filing no. 36, therefore, Plaintiff's Motion to Quash is denied as moot.

Plaintiff also asks the court to provide him with a copy of the docket sheet. The statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir. 1973). If Plaintiff requires copies of court documents, he should contact the Clerk of the court to determine the proper method of requesting and paying for copies. Therefore, Plaintiff's Motion for Copies is denied.

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Quash Filing No. 36 and Motion for a Copy of the Docket Sheet (filing no. 49) are denied.

March 12, 2008.	BY THE COURT:

	*s/Richard G. Kopf*
	United States District Judge